Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Jerry W. Parks

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY W. PARKS, | Case No.: 1:10-CV-01955-GSA |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,000.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **March 2, 2012**                    **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE